Mary Todd, appellant, v. National Life Insurance Company of the United States of America, appellee. Gen. No. 27,327.

Action on an insurance policy on the life of plaintiff's husband. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. R. C. Freeman, Judge, presiding. Heard in this

court at the October term, 1921. Affirmed. Opinion filed June 26, 1922.

Ellis & Westbrooks, for appellant; Richard E. Westbrooks, of counsel. Burton P. Sears and E. R. Branson, for appellee.

Mr. Justice Matchett delivered the opinion of the court.